ALBANY,
August, 1814.

BEARDSLEY'S
EX'RS.
v.
ROOT.

SHERWOOD *against* TREMPER.

Where a cause is refer red, the refer ees are to be taken from the county in which the *venue* is laid.

On motion for a reference of this cause, THOMPSON, Ch. J. said, that though the statute (1 *N. R. L.* 516. sess. 36. c. 56. s. 2.) did not require the referees to be taken from the county in which the *venue* was laid, yet the court were of opinion that the practice was proper; and for the same reasons, in many respects, as that the cause must be tried before a jury of the county in which the *venue* is laid.

BEARDSLEY'S EXECUTORS *against* ROOT.

Where a ver dict is taken by consent, sub ject to the opi nion of the court on a case to be made, the party is not limited by the sixth rule of *Jan.* term,1799, as to the time for preparing the case, &c.

THE COURT said, that the sixth rule of *January* term, 1799, relative to making *cases*, did not apply where a verdict was taken by consent, subject to the opinion of the court, on a case to be made by the parties; and that the party was not, therefore, confined to the time limited by that rule for preparing his case, &c.